IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. CIV-21-00426-JD ) |
| SOCORRO MONTELONGO, individually and d/b/a COCO'S BAR; and SOCORRO MONTELONGO, individually and d/b/a COCO & COMPANY, | ) ) ) ) ) ) ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Court's order entered on January 7, 2022 [Doc. No. 11], judgment is entered in favor of Plaintiff G & G Closed Circuit Events, LLC and against Defendant Socorro Montelongo, individually and d/b/a Coco's Bar as follows:

(1) statutory damages in the amount of $10,000.00;

(2) enhanced statutory damages in the amount of $20,000.00; and

(3) attorney's fees in the amount of $1,170.00 and costs in the amount of $416.00.

ENTERED this 7th day of January 2022.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE